**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SCOTT MURRAY,

    Plaintiff,

v.                                    CASE NO:  8:19-cv-03068-MSS-JSS

FDL INVESTMENTS, INC.

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) Plaintiff, SCOTT MURRAY, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, FDL INVESTMENTS, INC., has been settled.

Dated this 12th day of May, 2020.

                                                    Respectfully submitted,

                                                    /s/Christopher J. Saba
                                                    Christopher J. Saba
                                                    Florida Bar No. 0092016
                                                    Wenzel Fenton Cabassa P.A.
                                                    1110 N. Florida Avenue
                                                    Suite 300
                                                    Tampa, Florida 33602
                                                    Main No.: 813-224-0431
                                                    Facsimile No.: 813-229-8712
                                                    Email: csaba@wfclaw.com
                                                    Email: tsoriano@wfclaw.com
                                                    **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of May, 2020, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Gretchen M. Lehman
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
100 North Tampa Street
Suite 3600
Tampa, FL 33602
Email: gretchen.lehman@ogletree.com

/s/Christopher J. Saba
Christopher J. Saba